UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SKYLER JAMES FOWLER,

          Plaintiff,

v.

STEVE SISOLAK, et al.,

          Defendants.

Case No. 2:19-cv-01418-APG-DJA

**ORDER**

      Plaintiff Skyler James Fowler is in the custody of the Nevada Department of Corrections. He moves for emergency injunctive relief on a variety of grounds related to his dental and medical care, as well as other conditions at High Desert State Prison, such as outdoor exercise time and sanitation. ECF Nos. 27, 28.  Fowler's second amended complaint has not yet been screened, but given the nature of his allegations, I will direct the Attorney General's Office to respond to the motions.

      I THEREFORE ORDER that by **June 10, 2020**, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motions for temporary restraining order and for preliminary injunction.  Additionally, the defendants shall also have until **June 24, 2020** to file their response to Fowler's motions for temporary restraining order and preliminary injunction (ECF Nos. 27, 28).

      I FURTHER ORDER that if Fowler chooses to file a reply, he shall do so within 10 days after the defendants file a response.

      I FURTHER ORDER the clerk of the court to electronically serve a copy of this order and Festa's motions for temporary restraining order and preliminary injunction (ECF Nos. 28,

28) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

DATED this 2nd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE