**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Skyler James Fowler, | Case No. 2:19-cv-1418-APG-DJA |
|        Plaintiff, | |
|   v. | **ORDER** |
| Steve Sisolak, et al., | (ECF Nos. 33, 37) |
|        Defendants. | |

The Defendants' motions to seal (ECF Nos. 33, 37) are GRANTED.  Exhibits B, C, E, G, and H, filed in the court docket as ECF Nos. 34 and 38, shall remain under seal.

Dated:  June 25, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE