AARON D. FORD
Attorney General
KATLYN M. BRADY (Bar No. 14173)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Terrence Agustin, Jeremy Bean, Gregory Bryan, Arturo Buen, Julio Calderin, Bob Faulkner, Monique Hubbard-Pickett, Alex Lozano, Michael Minev, Louisa Sanders, George-Pele Taino, and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SKYLER JAMES FOWLER, | Case No. 2:19-cv-01418-APG-DJA |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO CONTINUE THE JANUARY 25, 2021 DEADLINE [ECF No. 82]** |
| STEVE SISOLAK, *et al.*, | |
| Defendants. | |

Defendants, Terrence Agustin, Jeremy Bean, Gregory Bryan, Arturo Buen, Julio Calderin, Bob Faulkner, Monique Hubbard-Pickett, Alex Lozano, Michael Minev, Louisa Sanders, George-Pele Taino, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, request this Court continue the January 25, 2021 deadline to February 8, 2021.

On December 18, 2020, this Court ordered the parties to meet and confer to discuss the logistics of arranging an evidentiary hearing. ECF No. 82. The Court ordered the parties to submit a report detailing how the evidentiary hearing will occur, whether there will be witnesses, and how many days will be necessary. *Id.*

In compliance with this order, counsel scheduled a telephonic meeting for January 19, 2021. Declaration of Counsel attached as Exhibit A. On January 19, 2021, HDSP staff informed counsel the call was canceled because Fowler's unit had been placed in quarantine. *Id.* The call was rescheduled for January 27, 2021.

Defendants' respectfully request this Court extend the deadline to file the report until February 8, 2021. Counsel had attempted to conduct the telephonic meeting, but it was canceled due to potential COVID exposure. Currently, a call is scheduled for January 27, 2021, but this call is contingent on Fowler testing negative for COVID prior to the call. Exhibit A. There remains a possibility that the call will need to be rescheduled again. Due to the quarantine, counsel could not meet with Plaintiff to discuss the need to extend the January 25, 2021 deadline.

Accordingly, Defendants' respectfully request this Court extend the deadline to file the joint report to **February 8, 2021**. This will ensure there is sufficient time to hold the phone call and prepare the report.

DATED this 25th day of January, 2020.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: January 25, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE