# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN SISOLAK, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order Setting Status Conference** |

Based upon the parties' Joint Status Report (ECF No. 109), I will conduct a status conference on Thursday, May 27, 2021 at 2:00 p.m.  The conference will be conducted by video or telephone.  Instructions about how to access the conference will be provided closer to the date of the conference.

DATED this 1st day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE