UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>   Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>   Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order for Expedited Response** |

Plaintiff Skyler Fowler moves for emergency injunctive relief in relation to the defendants' alleged deliberate indifference to his untreated seizures. ECF No. 121.  In light of the serious nature of Fowler's allegations,

I ORDER the defendants to file a response by March 25, 2021.  Fowler may file a reply by March 31, 2021.

DATED this 18th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE