UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>　　　　Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order for In Camera Submission of Date for MRI** |

I ORDER that by April 9, 2021, the defendants shall submit *in camera* the date for plaintiff Skyler Fowler's scheduled MRI.

DATED this 5th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE