**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SKYLER JAMES FOWLER, | Case No.: 2:19-cv-01418-APG-DJA |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 133] |
| STEVE SISOLAK, et al., | |
| Defendants | |

I ORDER that plaintiff Skylar Fowler's motion for extension of time **(ECF No. 133) is GRANTED**. The deadline for plaintiff Skylar Fowler to file replies to ECF Nos. 128 and 129 is extended to April 30, 2021.

DATED this 16th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE