# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER, | Case No.: 2:19-cv-01418-APG-DJA |
| Plaintiff | **Order Setting Status Conference** |
| v. | |
| STEVEN SISOLAK, et al., | |
| Defendants | |

Plaintiff Skyler James Fowler contends he did not receive the MRI that I ordered. ECF No. 138 at 5. I will conduct a status conference on **Wednesday, May 12, 2021 at 10:30 a.m.** to discuss this further. The defendants should be prepared to address this allegation and when an MRI will be provided. The conference will be conducted by video or telephone. Instructions about how to access the conference will be provided closer to the date of the conference.

DATED this 4th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE