# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>　　Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order Denying as Moot Motions to Correct the Docket and Deem Filings Timely**<br><br>[ECF Nos. 145, 148, 149, 152, 153] |

As discussed at the May 12, 2021 hearing, plaintiff Skyler Fowler need not file motions to correct the docket or motions to deem filings timely so long as he makes reasonable efforts to comply with the Local Rules and filing deadlines.

I THEREFORE ORDER that plaintiff Skyler Fowler's motions to correct the docket **(ECF Nos. 145, 148, 153)** and to deem filings timely **(ECF Nos. 149, 152) are DENIED as moot**.

DATED this 17th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE