UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVE SISOLAK, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01418-APG-DJA<br><br>**ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE** |

TO: Warden, Lovelock Correctional Center, Lovelock, NV

**SKYLER JAMES FOWLER, #1172934,** is presently in the custody of the Nevada Department of Corrections at Lovelock Correctional Center, Lovelock, Nevada.  Mr. Fowler's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Lovelock Correctional Center, Lovelock, NV, or designee, to arrange for and produce **SKYLER JAMES FOWLER, #1172934,** for a **videoconference hearing** via Zoom Technology, on **Thursday, August 5, 2021**, at **11:00 a.m**., to attend the hearing in this case.  Mr. Fowler shall remain in the custody of the Warden, Lovelock Correctional Center, Lovelock, NV at all times.

DATED: July 21, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE