UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-01418-APG-DJA<br><br>**ORDER TO PRODUCE INMATE FOR VIDEOCONFERENCE** |

TO: Warden, Lovelock Correctional Center, Lovelock, NV

**Skyler James Fowler, #1172934,** is presently in the custody of the Nevada Department of Corrections at Lovelock Correctional Center, Lovelock, Nevada.  Mr. Fowler's presence, via video, is needed for an upcoming hearing.

I THEREFORE RESPECTFULLY ORDER the Warden of Lovelock Correctional Center, Lovelock, NV, or designee, to arrange for and produce **Skyler James Fowler, #1172934,** for a **videoconference hearing** via Zoom Technology, on **Tuesday, November 30, 2021, at 9:00 a.m**. The hearing is scheduled to start at 9:00 a.m. and will last until noon. Mr. Fowler shall remain in the custody of the Warden, Lovelock Correctional Center, Lovelock, NV at all times.

DATED: October 5, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE