# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>  Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>  Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 237] |

I ORDER that the defendant's motion for extension of time **(ECF No. 237) is granted**. The deadline for the defendants to file their briefing on the motion for preliminary injunction is extended to **November 22, 2021**.

DATED this 22nd day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE