# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SKYLER JAMES FOWLER,

    Plaintiff

v.

STEVE SISOLAK, et al.,

    Defendants

Case No.: 2:19-cv-01418-APG-DJA

**Order**

On November 12, 2021, the defendants filed a notice indicating that plaintiff Skyler Fowler will be seen by a hand specialist. ECF No. 251.  The defendants suggest that because this is the only issue remaining for the preliminary injunction hearing, the hearing is now moot. *Id*. Additionally, the parties have indicated to the court that they are seeking to settle this matter entirely, and a February 3, 2022 settlement conference has been set. ECF No. 255.

I THEREFORE ORDER plaintiff Skylar Fowler to advise the court and the defendants by November 22, 2021 whether he agrees that the preliminary injunction hearing currently set for November 30 is either moot or should be continued until after he is seen by a hand specialist and after the February 3, 2022 settlement conference.

DATED this 15th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE