# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER, | Case No.: 2:19-cv-01418-APG-DJA |
|     Plaintiff | **Order Vacating Preliminary Injunction Hearing** |
| v. | |
| STEVE SISOLAK, et al., | |
|     Defendants | |

The parties have agreed to postpone the November 30, 2021 preliminary injunction hearing based on Mr. Fowler's upcoming examination by a hand specialist. ECF No. 262.

I THEREFORE ORDER that the November 30, 2021 preliminary injunction hearing is vacated.  By **December 17, 2021**, the defendants shall file a report about the status of Mr. Fowler's examination.  By **December 27, 2021**, Mr. Fowler shall file a response to that report.

DATED this 19th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE