UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER JAMES FOWLER,<br><br>　　　　Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-01418-APG-DJA<br><br>**Order Affirming Magistrate Judge's Orders and Staying Case**<br><br>[ECF Nos. 151, 243, 245] |

　　　　Plaintiff Skyler James Fowler filed various motions that Magistrate Judge Albregts addressed in two orders. ECF Nos. 136, 238. Mr. Fowler filed objections regarding portions of those orders. ECF Nos. 151, 243. I have reviewed the objections, Judge Albregts' orders, and the underlying papers. Judge Albregts' Orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I thus affirm them.

　　　　The defendants filed a motion to stay this case pending the settlement conference. ECF No. 245. Mr. Fowler does not oppose a stay, so long as it does not interfere with his ability to obtain his medical records. ECF No. 265. I will grant the stay. Because I am affirming Judge Albregts' order regarding those records, I will not grant Mr. Fowler's request to possess his medical records. However, there are good reasons for Mr. Fowler to have access to his records to prepare for the upcoming settlement conference, so long as that access is reasonably controlled to comply with NDOC policies. Therefore, I order the defendants to allow Mr. Fowler up to a total of five additional hours to review his medical records by January 14, 2022 so he can prepare for the settlement conference. The five hours can be reasonably allocated over several days, so as to limit the burden on the prison's resources. If Mr. Fowler needs additional time to review the records to prepare for the settlement conference, he may file an emergency

motion explaining why five hours was not enough and how much additional time he needs. Magistrate Judge Albregts will rule upon such a motion.

I THEREFORE ORDER that Magistrate Judge Albregts' orders **(ECF Nos. 136, 238) are affirmed** and Mr. Fowler's objections **(ECF No. 151, 243) are denied**.

I FURTHER ORDER that the defendants' motion to stay this case **(ECF No. 245) is granted**.  This case is stayed until conclusion of the settlement conference.

I FURTHER ORDER that, notwithstanding the stay, the defendants are to allow Mr. Fowler up to a total of five additional hours to review his medical records by January 14, 2022 so he can prepare for the settlement conference.  The five hours can be reasonably allocated over several days, so as to limit the burden on the prison's resources.  If Mr. Fowler needs additional time to review the records to prepare for the settlement conference, he may file an emergency motion explaining why five hours was not enough and how much additional time he needs. Magistrate Judge Albregts will rule upon such a motion.

DATED this 7th day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE